IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:01CR3125 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| DAVID TABOR, | ) | |
| | ) | |
| Defendant. | ) | |

     IT IS ORDERED that counsel shall contact my judicial assistant to schedule a telephone conference call with me to discuss the Court of Appeals' order dated February 20, 2008 (filing 190).

     February 21, 2008.                   BY THE COURT:

                                                    s/ *Richard G. Kopf*
                                                    United States District Court