IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:01CR3125 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| DAVID TABOR, JR., | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion for appointment of counsel on resentencing (filing 192) is granted. Sean J. Brennan is appointed. The Federal Public Defender shall provide a CJA voucher to Mr. Brennan.

July 11, 2008.                    BY THE COURT:

                                  s/ *Richard G. Kopf*
                                  United States District Judge