IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:01CR3125 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| DAVID TABOR, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Defendant Tabor's "motion for discharge of counsel appointed and for the appointment of new counsel" (filing 198) is denied.

July 30, 2008.    BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge