## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:01CR3125 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| DAVID TABOR, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Defendant Tabor's resentencing is scheduled on Thursday, October 16, 2008, at 12:00 noon, before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  <u>The defendant shall be present unless excused by the court</u>.

September 9, 2008.            BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge