IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:01CR3125 |
| | ) | |
| V. | ) | |
| | ) | |
| DAVID TABOR, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

At the request of the U.S. Marshals Service,

IT IS ORDERED that Defendant Tabor's resentencing hearing is rescheduled to Friday, June 3, 2011, at 11:30 a.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

DATED this 21st day of April, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge